Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

**VA 2-458-665**

**Effective Date of Registration:**
August 13, 2025
**Registration Decision Date:**
August 21, 2025

## Title

**Title of Work:** The Daily

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** April 30, 2021
**Nation of 1st Publication:** United States

## Author

- **Author:** Clint Robert Padilla
  **Author Created:** photograph
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Clint Robert Padilla
21056 Pacific Coast Highway, Apt. B,, Malibu, 90265, United States

## Rights and Permissions

**Organization Name:** Spoils Media, Inc.
**Name:** Bijan Gharavi
**Address:** 1901 Avenue of the Stars, 2nd Floor
Los Angeles, CA 90067 United States

## Certification

**Name:** David Denholm
**Date:** August 13, 2025
**Applicant's Tracking Number:** CP2025081301

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-458-675**

**Effective Date of Registration:**
August 13, 2025
**Registration Decision Date:**
August 21, 2025



## Title

**Title of Work:** Fleetwood

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** August 01, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Clint Robert Padilla
  **Author Created:** photograph
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Clint Robert Padilla
21056 Pacific Coast Highway, Apt. B,, Malibu, 90265, United States

## Rights and Permissions

**Organization Name:** Spoils Media, Inc.
**Name:** Bijan Gharavi
**Address:** 1901 Avenue of the Stars, 2nd Floor
Los Angeles, CA 90067 United States

## Certification

**Name:** David Denholm
**Date:** August 13, 2025
**Applicant's Tracking Number:** CP2025081302

Page 1 of 2

