IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CLINT ROBERT PADILLA,

   Plaintiff,                                                   Case No.: 1:26-cv-00573

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

   Defendants.

**SCHEDULE A TO COMPLAINT**

| No. | Defendants |
|---|---|
| 1 | Dengtingshan |
| 2 | zhongyanfen13 |
| 2 | jian hui Extraordinary poster |
| 3 | yangqingjinhaibao |
| 4 | ZhumingyongArt |
| 5 | Sisi art seller |
| 6 | LinyuxiaHAIBAO |
| 7 | licifangArt |
| 8 | CWEI CANVAS |
| 9 | xue mei Beautiful poster |
| 10 | huang huan Joy poster |
| 11 | wall 24 |
| 12 | cheng kai Lament poster |
| 13 | liqingposters |
| 14 | shanxizhushengxinnengyuanyouxiangongsi |
| 15 | linshimingarts |
| 16 | TJZeyangJiahe |
| 17 | WUiwuwuguoguo |
| 18 | ruijinzhongtaiwuliuyouxiangongsi |
| 19 | SavvyBazaar |