Case: 1:26-cv-00573 Document #: 31 Filed: 06/23/26 Page 1 of 3 PageID #:157

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

CLINT ROBERT PADILLA,

      Plaintiff,

v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

      Defendants.

Case No.: 1:26-cv-00573

Judge Andrea R. Wood

Magistrate Judge Maria Valdez

**PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO FILE**
**<u>SUPPLEMENTAL BRIEF</u>**

Plaintiff, CLINT ROBERT PADILLA ("Plaintiff"), respectfully moves this Court for an extension of time, until July 15, 2026, to file the supplemental brief required by this Court's Minute Entry Order [30].

On June 3, 2026, this Court entered Minute Entry Order [30] directing Plaintiff to file a supplemental brief confirming that the defendants have been properly served in light of the Seventh Circuit's recent ruling in *Kangol LLC v. Hangzhou Chuanyue Silk Import & Export Co., Ltd.*, No. 25-2205 (7th. Cir. May 29, 2026), by June 24, 2026. Plaintiff requires additional time to finish researching the Defendants' addresses, compile Plaintiff's findings, and complete the analysis necessary to address the Court's inquiry. Plaintiff therefore requests that the Court grant this motion and extend the deadline to file the supplemental brief until July 15, 2026.

DATED: June 23, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084/IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**

2

## CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

/s/ *Keith A. Vogt*
Keith A. Vogt, Esq.

3