AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**U.S. Copyright Office**<br>**101 Independence Ave. S.E.**<br>**Washington, D.C. 20559-6000** | **REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION ☐ APPEAL | | COURT NAME AND LOCATION |
|---|---|---|
| DOCKET NO.<br>1:26-cv-00573 | DATE FILED<br>1/19/2026 | Northern District of Illinois |

| PLAINTIFF | DEFENDANT |
|---|---|
| Clint Robert Padilla | The Partnerships and Unincorporated Associations Identified on Schedule A |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | see attached | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order ☐ Judgment | ☐ Yes ☐ No | |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Thomas G Bruton | E. Calasanz | 8/20/2026 |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

Print Save As... Reset

Exhibit 1

# Certificate of Registration

SEAL OF THE UNITED STATES COPYRIGHT OFFICE 1870

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-458-665**

**Effective Date of Registration:**
August 13, 2025
**Registration Decision Date:**
August 21, 2025

## Title

**Title of Work:** The Daily

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** April 30, 2021
**Nation of 1st Publication:** United States

## Author

- **Author:** Clint Robert Padilla
  **Author Created:** photograph
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Clint Robert Padilla
21056 Pacific Coast Highway, Apt. B,, Malibu, 90265, United States

## Rights and Permissions

**Organization Name:** Spoils Media, Inc.
**Name:** Bijan Gharavi
**Address:** 1901 Avenue of the Stars, 2nd Floor
Los Angeles, CA 90067 United States

## Certification

**Name:** David Denholm
**Date:** August 13, 2025
**Applicant's Tracking Number:** CP2025081301


Jerry Stiller, Who Drew Long Laughs for His Short Fuse, Is Dead at 92
Thomas Reppetto, 88, Crime Watchdog and Historian
The New York Times
VETERANS' HOME LOST 72 PATIENTS AS VIRUS SURGED
Setting Rules for Public From Her Kitchen Table
Outbreak Spells Disaster for U.S. Tribal Nations
The Tests Are High-Tech. The Results: Dubious.
NYPD
AMERICAN MAFIA

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-458-675**
**Effective Date of Registration:**
August 13, 2025
**Registration Decision Date:**
August 21, 2025

## Title

**Title of Work:** Fleetwood

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** August 01, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Clint Robert Padilla
  **Author Created:** photograph
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Clint Robert Padilla
21056 Pacific Coast Highway, Apt. B,, Malibu, 90265, United States

## Rights and Permissions

**Organization Name:** Spoils Media, Inc.
**Name:** Bijan Gharavi
**Address:** 1901 Avenue of the Stars, 2nd Floor
Los Angeles, CA 90067 United States

## Certification

**Name:** David Denholm
**Date:** August 13, 2025
**Applicant's Tracking Number:** CP2025081302



**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Clint Robert Padilla

Plaintiff,

v.

Case No.: 1:26−cv−00573
Honorable Andrea R. Wood

The Partnerships and Unincorporated Associations Identified on Schedule A

Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 19, 2026:

MINUTE entry before the Honorable Andrea R. Wood: Telephonic status hearing held on 8/19/2026. In light of the notice of voluntary dismissal [35], Plaintiff's motion for entry of default and default judgment against the Defendants identified in First Amended Schedule A [22] is denied as moot. As all claims as to all Defendants have been resolved, this matter is closed. Civil case terminated. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.